**1644-14**

# ELECTRONIC RECORD

COA # 10-13-00415-CR                    OFFENSE: Burglary of a Habitation

STYLE: Daymond Lamont Stewart v. The State of Texas                    COUNTY: Falls

TRIAL COURT:        82nd District Court                    _____ MOTION
TRIAL COURT #:      9226                                   FOR REHEARING IS: _____
TRIAL COURT JUDGE:  Hon. Robert M. Stem                   DATE: _____
DISPOSITION:        AFFIRMED                               JUDGE: _____

DATE:       November 13, 2014

JUSTICE:    Scoggins          PC        S   YES
PUBLISH:    _____        DNP:  YES

CLK RECORD:    12/16/2013 -2 volumes       SUPP CLK RECORD:  _____
RPT RECORD:    1/14/2014                   SUPP RPT RECORD:  _____
STATE BR:      9/30/2014                   SUPP BR:          _____
APP BR:        4/21/2014                   PRO SE BR:        _____

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                     CCA # __**1644-14**__

- - - - - - - - - - - - - - - - - - - -

__APPELLANT'S__ Petition                  Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____
__REFUSED__                               JUDGE: _____
DATE: __04/01/2015__                      SIGNED: _____    PC: _____
JUDGE: __Per Curiam__                     PUBLISH: _____   DNP: _____

- - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR REHEARING IN   MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____             _____ ON _____
JUDGE: _____                    JUDGE: _____